# THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| CONTENT DISTRIBUTING, INC | ) | Case No. 10-34729 MER |
| | ) | |
| | ) | Chapter 7 |
| Debtor. | ) | |
| _____ | ) | |
| | ) | |
| JEANNE Y JAGOW | ) | Adversary No.10-1782 MER |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | |
| | ) | |
| GEF SERVICES, LLC, FALAN FUNDING | ) | |
| CORP., ROBERT E. ALPERT, JOHN and | ) | |
| JANE DOES I-X, ABC CORPORATIONS | ) | |
| I-X, and XYZ Partnerships I-X, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER DIRECTING CLERK TO REFER MOTION FOR WITHDRAWAL OF THE REFERENCE TO THE DISTRICT COURT

THIS MATTER comes before the Court on the Motion for Withdrawal of the Reference filed on 3/30/2011 and the relevant responses and replies thereto, if any. Accordingly it is

**ORDERED THAT** pursuant to D.C.COLO.LR.CIV.84.1, the Clerk of the Bankruptcy Court shall transmit herewith the Motion for Withdrawal of Reference and any relevant documents to the U.S. District Court for further action.

Dated: May 6, 2011                    BY THE COURT:

Michael E. Romero
U.S. Bankruptcy Judge