IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No.   11-cv-01227-WYD

In re:  CONTENT DISTRIBUTING, INC.
EIN # 84-1027105

     Debtor.

JEANNE Y. JAGOW, Chapter 7 Trustee,

     Plaintiff,

v.

GEF SERVICES, LLC, a Colorado limited liability company;
FALAN FUNDING CORP., a Delaware corporation;
ROBERT E. ALPERT, individually,
JOHN and JANE DOES I-X;
ABC CORPORATIONS I-X; and
XYZ Partnerships I-X,

     Defendants.

## ORDER OF RECUSAL

This matter is before me on a review of the file.  My daughter is an associate at the law firm of Faegre & Benson, LLP, counsel for creditor Amazon.com, Inc. in the underlying bankruptcy action.  Since this matter directly involves the bankruptcy case and whether a withdrawal of the reference of Adversary Proceeding 10-1782-MER is appropriate, I believe that it would be inappropriate for me to preside over this case.  Accordingly, I should recuse myself.  It is therefore

     ORDERED that the judge's file be returned to the clerk and that the case be reassigned by random draw.

Dated: August 1, 2011

                        BY THE COURT:

                        <u>s/ Wiley Y. Daniel</u>
                        Wiley Y. Daniel
                        Chief United States District Judge