IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Action No. 11-cv-01227-REB-MEH

In re: CONTENT DISTRIBUTING, INC.
EIN # 84-1027105,

    Debtor.

JEANNE Y. JAGOW, Chapter 7 Trustee,

    Plaintiff,
v.

GEF SERVICES, LLC, a Colorado limited liability company;
FALAN FUNDING CORP., a Delaware corporation;
ROBERT E ALPERT, individually;
JOHN and JANE DOES I-X;
ABC CORPORATIONS I-X; and
XYZ Partnerships I-X,

    Defendants.

---

**ORDER GRANTING MOTION TO WITHDRAW MOTION
FOR WITHDRAWAL OF THE REFERENCE AND JURY DEMAND**

---

Blackburn, J.

This matter comes before the me on **Defendants Falan Funding Corp. and Robert E. Alpert's Combined Motion To Withdraw Motion For Withdrawal of the Reference and Jury Demand** [#14][1] filed September 1, 2011. Defendants seek to withdraw their prior request to have this matter removed from the jurisdiction of the bankruptcy judge and heard in a district court pursuant to Fed.R.Bankr.P. 5011 and L.B.R. 5011-1. Having reviewed the motion and the file, and being advised of the

---

[1] "[#14]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order

premises, I conclude that the motion should be granted.

**THEREFORE, IT IS ORDERED** as follows:

1. That **Defendants Falan Funding Corp. and Robert E. Alpert's Combined Motion To Withdraw Motion For Withdrawal of the Reference and Jury Demand** [#14] filed September 1, 2011, is **GRANTED**;

2. That **Defendants Falan Funding Corp. and Robert E. Alpert's Combined Jury Demand and Motion For Withdrawal of the Reference** [#1] filed May 6, 2011, is deemed **WITHDRAWN** ;and

3. That this matter is **REMANDED** to the United States Bankruptcy Court for the District of Colorado (Adversary Proceeding No. 10-1782-MER).

Dated September 13, 2011, at Denver, Colorado.

BY THE COURT:

Robert E. Blackburn
United States District Judge